AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Direct Digital LLC

*Plaintiff(s)*

v.

Kaliper Systems LLC

*Defendant(s)*

Civil Action No. 8:17 cv 992 T 23 AAS

2017 APR 27 PM 3:34

CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kaliper Systems LLC
11515 66th Street N
Largo, Florida 33773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Herman J. Russomanno III, Esq. of Russpmanno & Borrello, P.A.
Museum Tower - Penthouse 2800
150 W. Flagler Street
Miami, Florida 33130
Phone: 305-373-2101
Email: herman2@russomanno.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 2 7 2017

*Signature of Clerk or Deputy Clerk*